Argued May 25, affirmed May 31, petition for rehearing denied
June 21, petition for review denied September 5, 1973

NATHANIEL FENNELL, JR. (No. 76816),
*Appellant, v.* CUPP, *Respondent.*

509 P2d 1212

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

Defendant was convicted of arson, and on direct appeal his conviction was affirmed. *State v. Fennell,* 7 Or App 256, 489 P2d 964 (1970), Sup Ct *review denied* (1971). In this post-conviction proceeding he raises the issue of incompetence of trial counsel. There is no merit to this contention. *Benson v. Gladden,* 242 Or 132, 407 P2d 634 (1965), *cert denied* 384 US 908 (1966).

Affirmed.